UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| MS. K, as Mother and Next Friend<br>Of S.B., a minor,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF SOUTH PORTLAND, et al.,<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>) Civil No. 04-275-P-S<br>)<br>)<br>)<br>) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

    The United States Magistrate Judge filed with the Court on February 24, 2006, his Recommended Findings of Fact and Conclusions of Law (Docket No. 67). Plaintiff filed her Objection to the Recommended Decision (Docket No. 68) on March 6, 2006. Defendant South Portland School Department filed its Response to Objection (Docket No. 70) on March 17, 2006.

    I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

    2.    Because Plaintiff's IDEA claim is rendered moot by her enrollment of S.B. in a school system other than that operated by Defendant, and because the issues properly asserted in her request for judicial review do not entitle her to relief, judgment shall be entered in favor of Defendants.

    Plaintiff's Request for Oral Argument is DENIED.

    /s/ George Z. Singal
    Chief U.S. District Judge

Dated this 30th day of March, 2006.